UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-21802-JEM

**PEDRO VERGARA**,

    Plaintiff,

vs.

**PUMA NORTH AMERICA, INC,**
**a foreign for-profit corporation,**

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff PEDRO VERGARA, by and through his undersigned Counsel, hereby provides notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file dismissal documents with prejudice.

DATED: July 6, 2022.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of July, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and sent an e-mail of such filing to:

Shira M. Blank, Esq.
EPSTEIN BECKER & GREEN, P.C.
875 Third Avenue
New York, NY  10022
(212) 351-4500
sblank@ebglaw.com

*Attorney for Defendant*
*PUMA NORTH AMERICA, INC.*

                                                /s/ *Roderick V. Hannah*
                                                   Roderick V. Hannah